PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT

## for

## Western District of Texas

FILED
2011 FEB 10 AM 8: 41
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

Report on Offender Under Supervision

Name of Offender: <u>Byron Williams.</u>　　　　Case Number: <u>A-07-CR-020 (1)-SS</u>

Name of Sentencing Judicial Officer: <u>Honorable Sam Sparks, United States District Judge</u>

Date of Original Sentence: <u>June 8, 2007</u>

Original Offense: <u>Possession with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. § 841(a)(1) & 841 (b)(1)(C)</u>

Original Sentence: <u>Eight-seven (87) months custody in the Bureau of Prisons, followed by three (3) years supervised release, with drug treatment and testing.</u>

Type of Supervision: <u>Supervised Release</u>　　Date Supervision Commenced: <u>December 23, 2010</u>

Assistant U. S. Attorney: <u>Mark H. Marshall</u>　　Defense Attorney: <u>Daniel W. Dworin (A)</u>

## PREVIOUS COURT ACTION

On April 22, 2008, the defendant's sentence was reduced to fifty-one (51) months custody. The sentence was reduced because of changes in Federal Sentencing Guidelines regarding "crack" cocaine or cocaine base.

## NONCOMPLIANCE SUMMARY

**Violation of Standard Condition No. 7**: "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician."

**Nature of Noncompliance**: On January 11th and 14th, 2011, the offender submitted urine specimens that resulted positive for marijuana. At the time he submitted the urine specimen on January 14, 2011, he admitted to using marijuana during his term of incarceration. On February 1, 2011, the offender reported to the office and admitted that he had used marijuana on a daily basis while incarcerated. He reported that he last used on or about December 23, 2010, and signed the denial forms. Three urine specimens submitted since January 14, 2011, have resulted negative.

WILLIAMS, Byron
Report on Offender Under Supervision
Page 2

**U.S. Probation Officer Action**: The offender was referred to drug treatment on January 4, 2011. He was placed in Phase I of the drug treatment program and directed to participate in individual and group counseling. He will continue to submit random urine specimens as per the color code. It is respectfully recommended no action be taken at this time, since the offender recently commenced the treatment program. The offender has been notified that subsequent positive urine specimen(s) submitted would be reported to the Court, and possibly result in a warrant from the Court.

Assistant U.S. Attorney Mark H. Marshall concurs with this recommendation.

Respectfully submitted,

Jerry Adams
U.S. Probation Officer
Date: February 3, 2011

Approved: Caroline B. Clark
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

[✓]  No Action

[ ]  Submit a Request for Modifying the Condition or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

Honorable Sam Sparks
U.S. District Judge

2-9-11
Date