UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2012 APR 16 AM 10:08
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § | CRIMINAL NO. A-07-CR-020(1)- SS |
| BYRON WILLIAMS | § § | |

## ORDER REVOKING SUPERVISED RELEASE AND RE-SENTENCING OF DEFENDANT

On the 11th day of April, 2012, came to be heard before the Court the Motion filed by the United States Attorney for the Western District of Texas to revoke the supervised release of the Defendant upon the ground that the Defendant had violated the conditions of supervised release, and came said United States Attorney and the Defendant in person and by counsel, and the Court having considered same finds that said Defendant has violated the conditions of supervised release and that the ends of justice and the best interest of the public will not be served by continuing said Defendant on supervised release, and that said motion should be granted.

IT IS ACCORDINGLY ORDERED by the Court that the term of supervised release included in the Judgment and Sentence imposed on June 8, 2007 is hereby revoked and set aside, and it is now the ORDER and SENTENCE of the Court that the Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of TWELVE (12) MONTHS, followed by TWO (2) YEARS supervised release. Upon release from supervision, the defendant shall comply with the standard terms and conditions of supervision adopted by the Court, and shall comply with the following additional conditions:

_X_    The defendant shall submit to an evaluation for substance abuse or dependency treatment as directed by the probation officer, and if deemed necessary by the probation officer, the defendant shall participate in a program approved by the probation officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol. During treatment, the defendant shall abstain from the use of alcohol and any and all intoxicants. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

_X_    The defendant shall participate in workforce development programs and services as directed by the probation officer, and if deemed necessary by the probation officer, which include occupational/career development, including but not limited to assessment and testing, educational instruction, training classes, career guidance, job search and retention services until successfully discharged from the program. The defendant may be required to contribute to the cost of the services rendered (co-payment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

_X_    The defendant shall submit his or her person, property, house, residence, vehicle, papers, [computers as defined in 18 U.S.C. Section 1030(e)(1), other electronic communications or data storage devices or media,] or office to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search must be conducted at a reasonable time and in a responsible manner. The United States probation officer may conduct such a search when a reasonable suspicion exists that the defendant may have violated a condition of supervision or a violation of law.

All previous conditions of supervision remain the same.

The Court reinstates any and all financial liabilities not previously paid.

SIGNED and ENTERED this _16th_ day of April, 2012.

/s/ Sam Sparks
SAM SPARKS
UNITED STATES DISTRICT JUDGE